**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL OTILIO RUIZ, | ) NO. EDCV 10-1934-GAF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MAURICE JUNIOUS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2012.

_____
GARY A. FEES
UNITED STATES DISTRICT JUDGE